UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:23-00051 ADS                                                        Date:  March 30, 2023

Title:  *Brooke v. Anaheim - 1855 South Harbor Blvd Owner LLC*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 29, 2023, Plaintiff filed a Notice of Settlement with the Court. (Dkt. No. 7.)  The Court ordered Plaintiff to file a dismissal no later than March 1, 2023. (Dkt. No. 8.)  On March 1, 2023, Plaintiff filed a status report stating that Plaintiff anticipated filing dismissal papers in two weeks.  (Dkt. No. 9.)  Four weeks have passed and Plaintiff has not filed dismissal papers.

Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to prosecute.  In responding to this Order, Plaintiff may either (1) file their dismissal papers; or (2) file a declaration explaining the dismissal's delay.  Plaintiff's response is due no later than April 13, 2023.

**IT IS SO ORDERED.**

Initials of Clerk kh