UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:23-00051 ADS                                     Date: April 19, 2023

Title: *Brooke v. Anaheim - 1855 South Harbor Blvd Owner LLC*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS**

On January 29, 2023, Plaintiff filed a Notice of Settlement with the Court. (Dkt. No. 7.) The Court ordered Plaintiff to file a dismissal no later than March 1, 2023. (Dkt. No. 8.) On March 1, 2023, Plaintiff filed a status report stating that Plaintiff anticipated filing dismissal papers in two weeks. (Dkt. No. 9.) Four weeks passed and Plaintiff did not file dismissal papers.

On March 30, 2023, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. (Dkt. No. 10.) Plaintiff was given until April 13, 2023, to respond to the Court's order. (Id.) Plaintiff has not responded.

Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to prosecute and comply with court orders pursuant to Fed. R. Civ. P. 41(b). In responding to this Order, Plaintiff may either (1) file their dismissal papers; or (2) file a declaration explaining the reason for failing to respond to the Court's order and failure to file the dismissal, as well as provide a date certain by which Plaintiff will file the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:23-00051 ADS                                             Date:  April 19, 2023

Title:  *Brooke v. Anaheim - 1855 South Harbor Blvd Owner LLC*

dismissal.  Failure to respond to this order will result in the Court scheduling an in-person status conference.  Plaintiff's response is due no later than April 26, 2023.

    **IT IS SO ORDERED.**

Initials of Clerk kh